# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK A. PAPERA and CHARLOTTE PAPERA, husband and wife, and PAPERA LIVING TRUST, | : : : : | No. 3:16cv2205 (Judge Munley) |
| Plaintiffs | : : : | |
| v. | : : : | |
| PENNSYLVANIA QUARRIED BLUESTONE COMPANY, F. CONRAD AND SONS and FRED D. CONRAD and THERESA A. CONRAD, | : : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 24th day of August 2018, the defendants' motion to dismiss, which we have converted to a motion for summary judgment, (Doc. 31), is hereby **GRANTED**. Plaintiffs' request for oral argument (Doc. 41) is **DENIED**. The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiffs and to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**